# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RODERICK LAMONT WALTERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D21-3298, 4D21-3307 & 4D21-3317

[May 5, 2022]

Consolidated appeals of orders denying rule 3.800 motions from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case Nos. 50-2016-CF-008277-AXXX-MB, 50-2016-CF-008281-AXXX-MB and 50-2018-CF-000560-AXXX-MB.

Carey Haughwout, Public Defender, and Logan Mohs, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***